JOHN B. WILSON, Appellant, v. BROOKLYN & QUEENS TRANSIT CORP., Respondent, and Others, Defendants.— In an action to recover damages for personal injuries, plaintiff obtained a verdict of $1,500 and appeals from the judgment entered thereon, on the ground of inadequacy. Judgment reversed on the facts and a new trial granted, costs to appellant to abide the event, unless within twenty days after entry of the order hereon the respondent stipulate to increase the verdict to the sum of $2,500, in which event the judgment, as so increased, is unanimously affirmed, without costs. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

RUTH L. WITTMER, Appellant, v. WARREN F. GREENHALGH and Others, Constituting the Board of Supervisors of Suffolk County, HERMAN F. BISHOP, as County Superintendent of Highways of Suffolk County, WILLIAM J. PECK, as County Treasurer of Suffolk County, SHERMAN B. JOOST, as Mayor of the Village of Quogue, and CLARENCE M. CARMAN and Others, Constituting the Board of Trustees of the Village of Quogue, Respondents.— In an action for an injunction brought by a taxpayer in the village of Quogue, it appears that one of two bridges in the village was destroyed and the other seriously damaged by the hurricane of September 21, 1938. It is sought to restrain certain officials of the county of Suffolk from proceeding with the construction of a new bridge and to restrain certain officials of the village of Quogue from applying village funds toward a part of the cost of approaches to the proposed bridge. Appeal is from an order denying plaintiff's motion for an injunction *pendente lite*. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

SAMUEL ZIRN, Appellant, v. CLIFTON N. BRADLEY, BOUDINOT ATTERBURY, GUARANTY TRUST COMPANY OF NEW YORK; and PHILIP L. CARRET, PAUL A. GAMMONS and Said CLIFTON N. BRADLEY, Copartners Doing Business under the Firm Name of CARRET, GAMMONS & Co., Respondents.— Action for libel. Plaintiff appeals from three orders severally granting motions of the respective defendants to compel him to state separately and number the causes of action set forth in the second cause of action in the amended complaint. Orders affirmed, with ten dollars costs and disbursements; the second amended complaint to be served within twenty days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.